## JOHN THOMPSON v. STATE.

No. A-7900.   Opinion Filed March 21, 1931.
(296 Pac. 1118.)

Grisby & Page and T. J. Hinshaw, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was convicted in the county court of Cleveland county on a charge of transporting intoxicating liquor, and was sentenced to serve a term of 30 days in the county jail, and to pay a fine of $50.   No brief has been filed in support of the assignment of errors.

The evidence reasonably sustains the verdict and judgment.   No new question is presented.   No error requiring a reversal is made to appear.

The case is affirmed.